■ In the Matter of Imani D.W., an Infant. Monroe County Department of Human Services, Respondent; Christine W., Appellant. [913 NYS2d 626]—Appeal from an order of the Family Court, Monroe County (Dandrea L. Ruhlmann, J.), entered July 31, 2009 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Scudder, P.J., Carni, Lindley, Pine and Gorski, JJ.